IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 20-60083 |
| | § | |
| | § | |
| SNAP KITCHEN INVESTMENTS, LLC, *et. al.*[1] | § | Chapter 11 |
| | § | Subchapter V |
| | § | |
| Debtors. | § | (Joint Administration Pending) |
| | § | |

**DEBTORS' WITNESS AND EXHIBIT LIST
IN SUPPORT OF FIRST DAY MOTIONS
[HEARING ON DECEMBER 7, 2020, AT 3:00 P.M.]**

Snap Kitchen Investments, LLC, and its debtor affiliates (collectively, the "Debtors"), as debtors and debtors-in-possession in the above-styled chapter 11 proceeding (the "Bankruptcy Case"), submit this *Witness and Exhibit List in Support of First Day Motions* (the "Witness and Exhibit List") in connection with the hearing set for December 7, 2020, at 3:00 p.m. regarding first-day motions, and respectfully designate the following witnesses and exhibits:

### I.  WITNESSES

1. Anthony "Tony" Smith, CEO for Snap Kitchen Investments, LLC;

2. Kyle Herman, Principal for Exigent Partners, LLC;

3. Any witness called or designated by any other party; and

4. Any witness necessary to rebut the testimony of any witness called or designated by any other party.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Snap Kitchen Investments, LLC (4938); Snap Kitchen Management, LLC (4886); Snap Kitchen Services, LLC (4910); Snap Kitchen Dallas, LLC (6157); Snap Kitchen #1, LLC (4938); Snap Kitchen #2, LLC (4948); Snap Kitchen #3, LLC (4589); Snap Kitchen #5, LLC (4635); Snap Kitchen Philadelphia, LLC (9116).

## II. EXHIBITS

| EXHIBIT | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMIT | DATE | DISPOSITION AFTER HEARING |
|---|---|---|---|---|---|---|---|
| D-1 | Declaration of Anthony "Tony" Smith in Support of First Day Motions | | | | | | |
| D-2 | Bridge Loan Documents | | | | | | |
| D-3 | Post-Petition Loan Documents | | | | | | |
| D-4 | 13-Week Budget | | | | | | |
| | Any exhibit designated by any other party | | | | | | |
| | Any exhibit for rebuttal or impeachment | | | | | | |

The Debtors reserve the right to ask the Court to take judicial notice of pleadings, transcripts, and/or documents, and to supplement or amend this Witness and Exhibit List at any time prior to the hearing.

Dated: December 4, 2020.

Respectfully submitted,

**MUNSCH HARDT KOPF & HARR, P.C.**

By: */s/ John D. Cornwell*
John D. Cornwell
Texas Bar No. 24050450
Thomas D. Berghman
Texas Bar No. 24082683
Grant M. Beiner
Texas Bar No. 24116090
700 Milam Street, Suite 2700
Houston, TX 77002-2806
Telephone: 713.222.1470
jcornwell@munsch.com
tberghman@munsch.com
gbeiner@munsch.com

*Proposed Counsel for the Debtors and Debtors in Possession*

4847-9763-1699v.1