**Snap Kitchen**
**Debtor-in-Possession Financing Budget**
**$USD**

| Period | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | Exit | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Week Ending Thursday | | | | | | | | |
| | 12/10/20 | 12/17/20 | 12/24/20 | 12/31/20 | 1/7/21 | 1/14/21 | 1/21/21 | 1/28/21 | 2/4/21 | 2/11/21 | 2/18/21 | 2/25/21 | 3/4/21 | 3/4/21 | Total |
| **Net Receipts** | | | | | | | | | | | | | | | |
| Retail Receipts | $227,169 | $209,409 | $193,038 | $106,171 | $191,124 | $300,152 | $288,793 | $280,568 | $286,048 | $271,205 | $269,592 | $264,736 | $262,909 | $0 | $3,150,913 |
| Direct Ship Receipts | 284,655 | 282,575 | 231,281 | 237,941 | 313,743 | 328,428 | 341,645 | 353,540 | 364,620 | 374,593 | 368,225 | 391,646 | 397,916 | 0 | 4,270,809 |
| Whole Foods Receipts | 71,013 | 65,788 | 60,948 | 33,689 | 68,609 | 68,805 | 73,414 | 81,502 | 78,160 | 76,528 | 71,843 | 69,632 | 73,651 | 0 | 893,583 |
| Less: Snap Funds | (22,354) | (21,393) | (18,612) | (14,490) | (21,462) | (26,100) | (26,342) | (26,782) | (28,033) | (27,783) | (27,296) | (27,925) | (29,206) | 0 | (317,778) |
| **Net Receipts** | **$560,481** | **$536,379** | **$466,655** | **$363,311** | **$552,014** | **$671,286** | **$677,511** | **$688,828** | **$700,795** | **$694,543** | **$682,365** | **$698,089** | **$705,271** | **$0** | **$7,997,527** |
| **Operating Disbursements** | | | | | | | | | | | | | | | |
| Payroll & Benefits | 0 | (370,049) | 0 | (324,091) | 0 | (374,311) | 0 | (396,909) | 0 | (369,614) | 0 | (366,738) | 0 | 0 | (2,201,712) |
| Rent | 0 | 0 | (115,019) | 0 | (115,081) | 0 | 0 | 0 | (115,081) | 0 | 0 | 0 | (115,081) | 0 | (460,263) |
| Utilities | (30,648) | 0 | 0 | 0 | (30,648) | 0 | 0 | 0 | (30,648) | 0 | 0 | 0 | (30,648) | 0 | (122,592) |
| Food Costs | 0 | (208,312) | (199,354) | (173,439) | (135,030) | (193,088) | (234,808) | (236,986) | (240,944) | (244,499) | (242,317) | (238,069) | (243,555) | (245,634) | (2,836,035) |
| Kitchen/Production Costs | 0 | (83,087) | (81,952) | (68,808) | (67,335) | (73,829) | (79,732) | (82,131) | (84,455) | (86,443) | (87,940) | (86,524) | (90,904) | (91,716) | (1,064,857) |
| Distribution & Fulfillment | 0 | (66,021) | (65,536) | (56,039) | (56,716) | (71,292) | (73,986) | (76,500) | (78,840) | (80,739) | (82,532) | (81,273) | (85,516) | (86,692) | (961,681) |
| Retail Costs | 0 | (11,606) | (10,742) | (9,946) | (5,722) | (9,681) | (14,885) | (14,343) | (13,950) | (14,212) | (13,503) | (13,426) | (13,195) | (13,107) | (158,319) |
| Marketing | 0 | (52,723) | (52,723) | (48,451) | (65,000) | (73,098) | (74,600) | (74,444) | (74,330) | (72,817) | (72,613) | (72,590) | (72,523) | (75,902) | (881,815) |
| Website Design | 0 | (77,285) | 0 | (77,285) | 0 | (77,285) | 0 | (77,285) | 0 | (77,285) | 0 | (77,285) | 0 | (77,285) | (540,995) |
| Ordinary Course Professionals | 0 | (13,848) | (16,598) | (13,848) | (16,598) | (8,431) | (8,431) | (8,431) | (8,431) | (8,431) | (8,431) | (8,431) | (8,431) | (8,431) | (136,765) |
| Other Operating Costs | 0 | (22,727) | (22,727) | (22,727) | (22,727) | (13,814) | (13,814) | (13,814) | (13,814) | (13,814) | (13,814) | (13,814) | (13,814) | (13,814) | (215,236) |
| **Total Operating Disbursements** | **($30,648)** | **($905,658)** | **($564,651)** | **($794,634)** | **($514,856)** | **($894,829)** | **($500,257)** | **($980,841)** | **($660,494)** | **($967,854)** | **($521,150)** | **($958,151)** | **($673,667)** | **($612,582)** | **($9,580,271)** |
| **Bankruptcy Costs** | | | | | | | | | | | | | | | |
| DIP Interest | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Professional Fees | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (50,000) | (50,000) |
| Payments to Critical Vendors | (8,617) | (8,617) | (8,617) | (8,617) | (15,313) | (15,313) | (15,313) | (15,313) | (15,313) | (15,313) | (15,313) | (15,313) | (15,313) | 0 | (172,286) |
| Other Bankruptcy Costs | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (7,500) | (7,500) |
| **Total Bankruptcy Costs** | **($8,617)** | **($8,617)** | **($8,617)** | **($8,617)** | **($15,313)** | **($15,313)** | **($15,313)** | **($15,313)** | **($15,313)** | **($15,313)** | **($15,313)** | **($15,313)** | **($15,313)** | **($57,500)** | **($229,786)** |
| **Net Cash Flow** | **$521,216** | **($377,896)** | **($106,613)** | **($439,940)** | **$21,845** | **($238,856)** | **$161,941** | **($307,327)** | **$24,988** | **($288,624)** | **$145,902** | **($275,375)** | **$16,291** | **($670,082)** | **($1,812,530)** |
| **Cash Balance** | | | | | | | | | | | | | | | |
| Beginning Cash Balance | $0 | $1,021,216 | $643,321 | $536,708 | $1,596,768 | $1,618,613 | $1,379,757 | $1,541,697 | $1,234,370 | $1,259,358 | $970,734 | $1,116,637 | $841,262 | $857,552 | $0 |
| DIP Funding | 500,000 | 0 | 0 | 1,500,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,000,000 |
| Net Cash Flow | 521,216 | (377,896) | (106,613) | (439,940) | 21,845 | (238,856) | 161,941 | (307,327) | 24,988 | (288,624) | 145,902 | (275,375) | 16,291 | (670,082) | (1,812,530) |
| **Ending Cash Balance** | **$1,021,216** | **$643,321** | **$536,708** | **$1,596,768** | **$1,618,613** | **$1,379,757** | **$1,541,697** | **$1,234,370** | **$1,259,358** | **$970,734** | **$1,116,637** | **$841,262** | **$857,552** | **$187,470** | **$187,470** |



D-4